V. ANDREW CASS
Nevada Bar No. 005246
JOHN P. SKALAK
Nevada Bar No. 004385
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: cass@lbbslaw.com
E-Mail: skalak@lbbslaw.com
Attorneys for USAA Casualty Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIMONA FITZGERALD,, <br><br> Plaintiff, <br><br> v. <br><br> USAA CASUALTY INSURANCE COMPANY; JOHN DOES I-V, inclusive; and BLACK AND WHITE COMPANIES,, <br><br> Defendants. | CASE NO. <br><br> **DEFENDANT USAA CIC'S NOTICE OF REMOVAL** |

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendant, USAA Casualty Insurance Company ("USAA CIC"), hereby removes to this Court the State Court action described below, and in support states as follows:

1.   On April 6, 2010, Plaintiff filed an action in the District Court for Washoe County, Nevada, entitled *Simona Fitzgerald v. USAA Casualty Insurance Company*, Case No. CV10-01034. (A copy of the complaint in the state court action is attached as **"Exhibit A"**).

2.   Plaintiff delivered the Summons and Complaint to the Nevada Commissioner of Insurance (the "Commissioner") on April 9, 2010, and the Commissioner forwarded the Summons and Complaint to USAA CIC by U.S. Mail on April 9, 2010. (A copy of the Proof of Service is attached as **"Exhibit B"**).

3.   This Notice is timely filed pursuant to 28 U.S.C. §1446(b), as USAA-CIC has filed this Notice within thirty days after receiving a copy of plaintiffs' complaint following proper

4812-7686-5030.1                                                     -1-

1. service.

4. No further proceedings have been had in this matter in the District Court for Washoe County, Nevada.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, as there is complete diversity between the parties and more than $75,000 in controversy, exclusive of interests and costs. Accordingly, pursuant to 28 U.S.C. §1441, USAA-CIC is entitled to remove this action to this Court.

7. The damages alleged by plaintiffs exceed $75,000, exclusive of interest and costs. Plaintiff alleges that she suffered injuries and damages arising out of the subject automobile accident, plus damages from her dealings with USAA CIC regarding underinsured motor vehicle ("UIM") coverage, and/or claim handling of USAA CIC. As required by the Nevada Rules of Civil Procedure, Plaintiff's complaint generally alleges damages "in excess of $10,000." Plaintiff additionally alleges in her complaint that the claim should be exempted from court-mandated arbitration in state court, "because plaintiff's past medical bills and future cost of surgery and debilitating permanent migraine headaches resulting [sic] disability caused by the collision, are in excess of $50,000.00 and/or according to proof." *See, e.g.,* **Exhibit A**. Plaintiff alleges in her complaint that USAA CIC breached its insurance contract, and additionally that it breached the covenant of good faith and fair dealing. *Id.* Plaintiff requests based on these two causes of action an award of general damages and special damages, plus court costs and disbursements. *Id.*

8. Before filing her complaint, Plaintiff demanded that USAA CIC tender and pay the $100,000.00 policy limits from her UIM coverage to settle her claim. *See, Affidavit of John P. Skalak*, attached hereto as Exhibit C. Plaintiff filed suit after USAA CIC offered a lesser amount to settle the claim. *Id.*

9. Plaintiff was, during all relevant times, a resident of the State of Nevada. Defendant USAA CIC is, and was at the time this action was commenced, a corporation organized and existing under the laws of Texas, with its principal place of business in San Antonio, Texas. There is now, and there was at the time of the commencement of this action, complete diversity between the Plaintiff and all named Defendants.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4812-7686-5030.1

-2-

10. The action in state court was not commenced more than one year before the date of this removal.

11. A true and correct copy of Defendant's Notice of Removal is being filed this date with the Clerk for the District Court, Washoe County, Nevada.

Based on the foregoing, Defendant USAA CIC removes this action, which is currently pending in the Nevada District Court, in and for the County of Washoe, as Case No. CV10-01034, to this Court.

Dated this 7th day of May, 2010.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ John Skalak
V. Andrew Cass, Esq.
Nevada Bar No. 005246
John P. Skalak, Esq.
Nevada Bar No. 004385
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant USAA Casualty Insurance Company*

4812-7686-5030.1

-3-

## CERTIFICATE OF SERVICE

Pursuant to Fed. R.Civ. P. 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP and that on this __7__ day of May 2010, I did cause a true copy of **DEFENDANT USAA CIC'S NOTICE OF REMOVAL** to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Terry A. Friedman
Julie McGrath Throop
518 Pyramid Way
Sparks, Nevada 89431
Attorneys for Plaintiff

By _____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4812-7686-5030.1

-4-

# Exhibit A

```
CODE: $1425
TERRY A. FRIEDMAN
BAR NO.: 1975
JULIE McGRATH THROOP
BAR NO.: 11298
518 Pyramid Way
Sparks, Nevada  89431
(775) 322-6500
Attorney for Plaintiff
```

FILED
2010 APR -6 PM 12:03
HOWARD W. CONYERS
BY_____ A. Smith
     DEPUTY

RECEIVED
APR 9 2010
DIVISION OF INSURANCE
STATE OF NEVADA

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

\*\*\*\*\*

SIMONA FITZGERALD,

    Plaintiff,

vs.

USAA CASUALTY INSURANCE COMPANY;
JOHN DOES I-V, inclusive; and BLACK
AND WHITE COMPANIES,

    Defendants.
_____/

Case No.: CV10 01034

Dept. No.: 10

**COMPLAINT**

Plaintiff, by and through undersigned counsel, herein complains and alleges as follows:

1. That at all times pertinent and material hereto, Plaintiff was and is a resident and domiciliary of the County of Washoe, State of Nevada.

2. That at all times pertinent and material hereto, Plaintiff and Defendant were acting within the physical boundaries of the State of Nevada.

3. That Defendants JOHN DOES I-V and BLACK AND WHITE COMPANIES are sued herein under fictitious names because the true names and capacities of said Defendants are not now known by Plaintiff, who asks leave of this Court to amend this Complaint to set forth the same at such time as they become known or ascertained. That the Defendants USAA CASUALTY INSURANCE COMPANY, JOHN DOES I-V, inclusive, and BLACK AND WHITE COMPANIES, unless otherwise specifically identified, are hereinafter referred to as "Defendant."

4. That on or about November 18, 2008, Plaintiff was injured in an automobile collision as a result of a third-party's negligence, causing her to sustain bodily injuries and damages in excess of $10,000.00, and/or according to proof.

5. That as a direct and proximate result of the third-party's negligence, policy limits were tendered in favor of the Plaintiff, causing Defendant USAA CASUALTY INSURANCE COMPANY's under-insured motorist policy limits to become contractually owed.

6. That demand has been made to the Defendant to tender policy limits, but the Defendant refuses, and continues to refuse, to pay the same.

7. That the Defendant, upon information and belief, was acting by and through its duly authorized agents and/or employees and/or Defendant ratified the conduct of its agents and/or employees.

8. That upon information and belief, the conduct of the Defendant is negligent, a breach of contract, a breach of the duty of good faith and fair dealing, and a cause in fact and proximate cause of all damages herein alleged.

9. That pursuant to the insurance contract, the parties, including the Defendant, have duties and/or covenants of good faith and fair dealing, and Defendant breached said covenants and contractual responsibility, and the Plaintiff has been damaged as herein alleged.

10. That the Plaintiff incurred general damages, including, but not limited to, pain,

-2-

suffering, aggravation, and the like in excess of $10,000.00, and/or according to proof.

11. That the Plaintiff has incurred special damages, including, but not limited to, loss of earnings and earning capacity, medical expenses, and incidental damages, all past, present, and future, in excess of $10,000.00 and/or according to proof.

12. That this matter should be exempt from the arbitration program of this jurisdiction, because Plaintiff's past medical bills and future cost of surgery and debilitating permanent migraine headaches resulting disability caused by the collision, are in excess of $50,000.00 and/or according to proof.

13. That upon information and belief, the Defendant has an obligation contractually, in common law, and by Nevada statute, to evaluate, and pay contractual insurance benefits when owed, and the Defendant has failed to do so.

WHEREFORE, the Plaintiff prays judgment as follows:

1. For general damages in excess of $10,000.00 and/or according to proof.
2. For special damages in excess of $10,000.00 and/or according to proof.
3. For exemption from the mandatory arbitration program.
4. For court costs and disbursements.

\\\
\\\

-3-

5. For attorney's fees.

6. For jury trial.

7. For such other relief the Court deems proper in this matter.

DATED this 22nd day of March, 2010.

            LAW OFFICES OF TERRY A. FRIEDMAN

            By: _____
            TERRY A. FRIEDMAN, ESQ.
            JULIE McGRATH THROOP, ESQ.
            518 Pyramid Way
            Sparks Nevada 89431
            (775) 322-6500
            Attorneys for Plaintiff

RECEIVED
APR 9 2010
DIVISION OF INSURANCE
STATE OF NEVADA

1  CODE 4085

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

SIMONA FITZGERALD,

Plaintiff,

vs.

USAA CASUALTY INSURANCE COMPANY;
JOHN DOES I-V, inclusive; and BLACK
AND WHITE COMPANIES,

Defendants.

Case No. CV10 01034

Dept. No. 10

## SUMMONS

TO THE DEFENDANT: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOU BEING HEARD UNLESS YOU <u>RESPOND, IN WRITING</u>, WITHIN 20 DAYS. READ THE INFORMATION BELOW VERY CAREFULLY.

A civil complaint or petition has been filed by the plaintiff(s) against you for the relief as set forth in that document (see complaint or petition). When service is by publication, add a brief statement of the object of the action. See Rules of Civ Procedure, Rule 4(b). __BREACH OF CONTRACT__

1. If you intend to defend this lawsuit, you must do the following within 20 days after service of this summons exclusive of the day of service:
   a. File with the Clerk of this Court, whose address is shown below, a *formal written answer* to the complaint o petition, along with the appropriate filing fees, in accordance with the rules of the Court.
   b. Serve a copy of your answer upon the attorney or plaintiff(s) whose name and address is shown below
2. Unless you respond, a default will be entered upon application of the plaintiff(s) and this Court may enter a judgmen against you for the relief demanded in the complaint.

DATED: APR -6 2010

Issued on behalf of plaintiff(s) or plaintiff's(s') attorney:

Name: THE LAW OFFICES OF TERRY A. FRIEDMAN

Address: 518 Pyramid Way
Sparks, NV 89431

Phone Number: 775/322-6500

HOWARD W. CONYERS,
CLERK OF THE COURT

by _____A. Smith_____
Deputy Clerk

Second Judicial District Court
75 Court Street
Reno, NV 89501

|   |   |
|---|---|
| 1 | **AFFIDAVIT OF SERVICE** |
|   | (For General Use) |
| 2 | STATE OF _____ ) |
|   | )ss. |
| 3 | COUNTY OF_____ ) |

4  _____, being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, and that affiant received the Summons on the ___ day of
5  _____, 20___, and personally served _____
   _____ the within named defendant, on the _____ day of _____
6  ____, 20___, in _____, County of _____, State of _____, by delivering a copy of the Summons attached to a copy of the Complaint.

7

8                                                                       _____
                                                                        Signature of Person Making Service
9  Subscribed and sworn to before me this
   ___ day of _____, 20_____.
10

11 _____
   Notary Public
12

13

14                                     **AFFIDAVIT OF MAILING**
                                (For use when service is by publication and mailing)
15
   STATE OF NEVADA   )
16                    )ss.
   COUNTY OF WASHOE  )
17 _____, being first duly sworn, deposes and says:

18 That on the _____ day of _____, 20___, affiant deposited in the United States mail at Reno,
   Nevada, a copy of the within Summons and Complaint addressed to _____
19 _____ the defendant at _____
20 _____.

21                                                                       _____
22 Subscribed and sworn to before me this
   ____ day of _____, 20_____.
23

24 _____
   Notary Public
25

26 Note: If service is made in any manner permitted by NRCP Rule 4, other than personally upon the defendant, or
   is made outside the United States, a special affidavit or return must be made.
27

28

2

1         <u>AFFIRMATION PURSUANT TO NRS 239B.030</u>

2        The undersigned hereby affirms that the within document does not contain the Social Security Number

3 of any person.

4     Dated this ___1st___ day of April, 2010.

5

                                       LAW OFFICES OF TERRY A. FRIEDMAN

6

                                       By: _____

7                                        TERRY A. FRIEDMAN, ESQ.
                                       JULIE McGRATH THROOP, ESQ.

8                                        518 Pyramid Way
                                       Sparks, NV 89431

9                                        (775) 322-6500
                                       Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                   3

# Exhibit B

JIM GIBBONS  
*Governor*

DIANNE CORNWALL  
*Director*

STATE OF NEVADA

SCOTT J. KIPPER  
*Commissioner of Insurance*



DEPARTMENT OF BUSINESS AND INDUSTRY
## DIVISION OF INSURANCE

788 Fairview Drive, Suite 300  
Carson City, Nevada    89701-5491  
(775) 687-4270   •   Fax (775) 687-3937  
Website: doi.state.nv.us  
E-mail: insinfo@doi.state.nv.us

April 9, 2010

Julie McGrath Throop, Esq.  
Law Offices of Terry A. Friedman  
518 Pyramid Way  
Sparks, NV 89431

RE:   Simona Fitzgerald vs. USAA Casualty Insurance Company, et al.  
         Second Judicial District Court, Washoe County, Nevada  
         Case No. CV10 01034

Dear Ms. Throop:

The Division received the service of process documents on April 9, 2010 regarding the above-entitled matter. Service has been completed on defendant USAA Casualty Insurance Company this date and enclosed are the following:

1.   A copy of our letter to USAA Casualty Insurance Company dated April 9, 2010;
2.   A certified copy of the Proof of Service dated April 9, 2010; and
3.   Your receipt in the amount of $30.00.

Pursuant to *Nevada Revised Statutes* 680A.260, 685A.200, and 685B.050, all documents after initial service of process may be served directly to the party.

If you have any questions regarding this service, please so advise.

Sincerely,

SCOTT J. KIPPER  
Commissioner of Insurance

By: *Felecia Tuin*  
FELECIA TUIN  
Service of Process Clerk

Enclosures  
c:   USAA Casualty Insurance Company

| JIM GIBBONS  <br>Governor | STATE OF NEVADA | SCOTT J. KIPPER  <br>Commissioner of Insurance |
|---|---|---|
| DIANNE CORNWALL  <br>Director | | |



rec'd  
4/15/10

# DEPARTMENT OF BUSINESS AND INDUSTRY
## DIVISION OF INSURANCE

788 Fairview Drive, Suite 300  
Carson City, Nevada   89701-5491  
(775) 687-4270   •   Fax (775) 687-3937  
Website: doi.state.nv.us  
E-mail: insinfo@doi.state.nv.us

April 9, 2010

USAA Casualty Insurance Company  
Attn: Tom Strasburger, Esq.  
1855 Telstar Drive  
Colorado Springs, CO 80920

RE:   Simona Fitzgerald vs. USAA Casualty Insurance Company, et al.  
     Second Judicial District Court, Washoe County, Nevada  
     Case No. CV10 01034

Dear Mr. Strasburger:

Enclosed please find the following documents: Summons and Complaint. These documents have been served upon the Commissioner of Insurance as your attorney for service of process on April 9, 2010.

The appropriate action should be taken immediately, as you may only have 30 days from the date of this service to respond.

If you have any questions regarding this service, please advise.

Sincerely,

SCOTT J. KIPPER  
Commissioner of Insurance

By:   _____  
     FELECIA TUIN  
     Service of Process Clerk

Enclosures

c:   Julie McGrath Throop, Esq.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I hereby declare that on this day I served a copy of the Summons and Complaint upon |
| 3 | the following defendant in the within matter, by shipping a copy thereof, via certified mail, |
| 4 | return receipt requested and postage prepaid, to the following: |
| 5 | USAA Casualty Insurance Company |
|   | Attn: Tom Strasburger, Esq. |
| 6 | 1855 Telstar Drive |
|   | Colorado Springs, CO 80920 |
| 7 | CERTIFIED MAIL NO: 7007 2560 0001 7600 1576 |
| 8 | I declare, under penalty of perjury, that the foregoing is true and correct. |
| 9 | DATED this 9th day of April, 2010. |

_[signature]_
FELECIA TUIN
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE: Simona Fitzgerald vs. USAA Casualty Insurance Company, et al.
Second Judicial District Court, Washoe County, Nevada
Case No. CV10 01034

State of Nevada, Division of Insurance
The document on which this certificate is stamped is a full, true and correct copy of the original

Date: 4/9/10    By: _[signature]_

# Exhibit C

JOHN P. SKALAK
Nevada Bar No. 004385
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: (702) 893-3383
FAX: (702) 893-3789
E-Mail: skalak@lbbslaw.com
Attorneys for USAA Casualty Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIMONA FITZGERALD,,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY; JOHN DOES I-V, inclusive; and BLACK AND WHITE COMPANIES,<br><br>Defendants. | CASE NO.<br><br>**AFFIDAVIT OF JOHN P. SKALAK** |

STATE OF NEVADA   )
                  ) ss.
COUNTY OF CLARK   )

I, John P. Skalak, being first duly sworn, do hereby state and attest as follows:

1.  I am an attorney with the law firm of Lewis Brisbois Bisgaard & Smith LLP, counsel for Defendant USAA Casualty Insurance Company ("USAA CIC") in the instant matter.

2.  I have first-hand knowledge of the matters attested to herein, and as to those matters, based upon information and belief, I believe them to be true. I am competent and willing to testify to those matters attested to herein if called upon to do so.

3.  I have received from USAA CIC, and reviewed, documents comprising its claim file for Plaintiff's claim for benefits under her underinsured motor vehicle ("UIM") coverage with the company. In the claim file is a UIM claim demand letter from Plaintiff's counsel to USAA CIC, dated October 29, 2009, with hand written notation thereon that the letter was "resent 1/25/10."

4.  Plaintiff's demand letter offers to compromise the UIM portion of her claim "for the

4849-3744-4358.1                              -1-

1  policy limits of $1,000.000.00, which [plaintiff asserts] is inadequate considering the extent and permanency of her injuries and the severity of the collision."

5. The claim file also contains correspondence from USAA CIC to Plaintiff's counsel, dated February 15, 2010, responding to the demand letter received on 2/01/2010. USAA CIC conveyed a settlement offer of an amount less than plaintiff's policy-limits demand in this correspondence.

6. Following some intervening telephone communications between USAA CIC and Plaintiff's counsel, Plaintiff filed her lawsuit on April 6, 2010.

_____
John P. Skalak

Subscribed and Sworn to before me this 7th day of May, 2010.

_____
Notary Public in and for said County and State



SHEILA OWENS
Notary Public-State of Nevada
APPT. NO. 10-1097-1
My App. Expires December 14, 2013



4849-3744-4358.1

-2-